# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Fairview Health Services, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 22-cv-1910 MJD/JFD |
| Cigna Behavioral Health, Inc., Home Depot, U.S.A., Inc., Home Depot Medical and Dental Plan, Home Depot Welfare Benefits Plan, | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

All claims that were or could have been asserted by Plaintiff against Defendants in this case shall be dismissed with prejudice and without cost or fees to any party.

Date: 1/4/2023                                                                                      KATE M. FOGARTY, CLERK